J. Russell Stedman (117130)
rstedman@bargerwolen.com
Brendan V. Mullan (267613)
bmullan@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
UNITED OF OMAHA LIFE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY RAMOS, | CASE NO.: 3:12-cv-03761-JCS |
| Plaintiff, | **STIPULATION TO EXTENSION OF TIME FOR FILING OF DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S COMPLAINT PURSUANT TO L.R. 6-1(a)** |
| vs. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | |
| Defendant. | Complaint Filed: July 18, 2012 |
| | Judge: Hon. Joseph C. Spero |

STIPULATION GRANTING DEFENDANT AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 3:12-cv-03761-JCS

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

**STIPULATION**

Plaintiff Anthony Ramos ("Plaintiff") and Defendant United of Omaha Life Insurance Company ("Defendant") stipulate pursuant to L.R. 6-1(a) as follows:

WHEREAS on July 18, 2012, Plaintiff filed a Complaint against Defendants in the United States District Court for the Northern District of California;

WHEREAS on July 19, 2012, Plaintiff served Defendant with the Complaint;

WHEREAS Defendant's answer or other response to the Complaint is currently due on August 9, 2012;

WHEREAS Plaintiff has agreed that Defendant may have a 14-day extension to answer or otherwise respond to the Complaint;

WHEREAS the extension of time to answer or otherwise respond to the complaint will not alter the date of any event or any deadline already fixed by Court order;

IT IS STIPULATED that Defendant's answer or other responsive pleading to the Complaint is due by August 23, 2012.

Date: July 31, 2012

PILLSBURY & LEVINSON LLP

By: /s/ Brian H. Kim
Brian H. Kim

Attorneys for Plaintiff ANTHONY RAMOS

Date: July 31, 2012

BARGER & WOLEN LLP

Dated: Aug. 1, 2012

IT IS SO ORDERED
Judge Joseph C. Spero

By: /s/ Brendan V. Mullan
Brendan V. Mullan

Attorneys for Defendant UNITED OF OMAHA LIFE INSURANCE COMPANY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION GRANTING DEFENDANT AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 3:12-cv-03761-JCS