J. Russell Stedman (117130)
rstedman@bargerwolen.com
Brendan V. Mullan (267613)
bmullan@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
UNITED OF OMAHA LIFE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY RAMOS, | CASE NO.: 3:12-cv-03761-JCS |
| Plaintiff, | **STIPULATION TO EXTENSION OF TIME FOR FILING OF DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S COMPLAINT PURSUANT TO L.R. 6-1(a)** |
| vs. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | |
| Defendant. | Complaint Filed: July 18, 2012 |
| | Judge: Hon. Joseph C. Spero |

**BARGER & WOLEN LLP**
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION GRANTING DEFENDANT AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 3:12-cv-03761-JCS

# STIPULATION

Plaintiff Anthony Ramos ("Plaintiff") and Defendant United of Omaha Life Insurance Company ("Defendant") stipulate pursuant to L.R. 6-1(a) as follows:

WHEREAS on July 18, 2012, Plaintiff filed a Complaint against Defendants in the United States District Court for the Northern District of California;

WHEREAS on July 19, 2012, Plaintiff served Defendant with the Complaint;

WHEREAS Defendant's answer or other response to the Complaint is currently due on August 9, 2012;

WHEREAS Plaintiff has agreed that Defendant may have a 14-day extension to answer or otherwise respond to the Complaint;

WHEREAS the extension of time to answer or otherwise respond to the complaint will not alter the date of any event or any deadline already fixed by Court order;

IT IS STIPULATED that Defendant's answer or other responsive pleading to the Complaint is due by August 23, 2012.

Date: July 31, 2012

PILLSBURY & LEVINSON LLP

By: /s/ Brian H. Kim
    Brian H. Kim

Attorneys for Plaintiff ANTHONY RAMOS

Date: July 31, 2012

BARGER & WOLEN LLP

Dated: Aug. 1, 2012

By: /s/ Brendan V. Mullan
    Brendan V. Mullan

Attorneys for Defendant UNITED OF OMAHA LIFE INSURANCE COMPANY

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION GRANTING DEFENDANT AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 3:12-cv-03761-JCS